| | |
|---|---|
| 1 | ANDREW C. GREEN, ESQ. |
| | Nevada Bar No. 9399 |
| 2 | REGINALD S. THOMAS, ESQ. |
| | Nevada Bar No. 14424 |
| 3 | KOELLER NEBEKER CARLSON |
| |    & HALUCK, LLP |
| 4 | 400 S. 4th Street, Suite 600 |
| | Las Vegas, NV 89101 |
| 5 | Phone: (702) 853-5500 |
| | Fax: (702) 853-5599 |
| 6 | *Andrew.green@knchlaw.com* |
| | *Reginald.thomas@knchlaw.com* |
| 7 | Attorneys for Defendant, |
| | LIBERTY MUTUAL INSURANCE COMPANY |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BENEDICT SPANO, an individual, | ) CASE NO.: 2:19-cv-02057-APG-NJK |
| | ) |
| Plaintiff, | ) **JOINT STIPULATION AND ORDER** |
| | ) **FOR (14) DAY EXTENSION OF TIME** |
| vs. | ) **FOR PLAINTIFF'S RESPONSE TO** |
| | ) **DEFENDANT'S PENDING MOTION** |
| LIBERTY MUTUAL INSURANCE | ) **TO DISMISS PLAINTIFF'S** |
| COMPANY; DOES I –X, inclusive; and ROE | ) **COMPLAINT (ECF #7)** |
| CORPORATIONS XI through XX, inclusive, | ) |
| | ) **[FIRST REQUEST]** |
| Defendants. | ) |

**COMES NOW**, Defendant, LIBERTY MUTUAL INSURANCE COMPANY (hereinafter referred to as "Defendant"), by and through its attorneys, the law firm of KOELLER, NEBEKER, CARLSON & HALUCK, LLP, and Plaintiff, BENEDICT SPANO (hereinafter "Plaintiff"), by and through his counsel of record, Brian E. Lunt, Esq. of EDWARD M. BERNSTEIN & ASSOCIATES, and hereby submit this Joint Stipulation and Order to Extend the deadline for Plaintiff's response to the pending Motion to Dismiss by Defendant (ECF #7.) The parties' request the time for Plaintiff to respond to the pending Motion to Dismiss Plaintiff's Complaint shall be extended by fourteen (14) days, and Plaintiff's response would be due to the Court no later than January 2, 2020. The extension of time requested by the parties herein is due to the parties' ongoing communications for potential resolution of the matter by non-judicial means, and the extension requested herein is

intended to permit the parties to complete their communications in that regard prior to expiration of the extended deadline for Plaintiff to respond to the Motion to Dismiss.

DATED this 18th day of December, 2019.     DATED this 18th day of December, 2019.

KOELLER NEBEKER CARLSON     EDWARD M. BERNSTEIN & ASSOCIATES
 & HALUCK, LLP

By:    */s/Andrew C. Green*        By:    */s/Brian E. Lunt*
     ANDREW C. GREEN, ESQ.            BRIAN E. LUNT, ESQ.
     Nevada Bar No. 9399                   Nevada Bar No. 11189
     400 S. 4th Street, Suite 600           500 South Fourth Street
     Las Vegas, NV 89101                  Las Vegas, NV 89101
     Attorneys for Defendant,              Attorneys for Plaintiff,
     LIBERTY MUTUAL INSURANCE     BENEDICT SPANO
     COMPANY

## **ORDER**

Consistent with the foregoing stipulation, the parties' joint request to extend the time for Plaintiff to respond to the pending motion to dismiss Plaintiff's Complaint (ECF #7) by fourteen (14) days IS GRANTED. Any response by Plaintiff will be due to the Court no later than January 2, 2020.

_____
UNITED STATES DISTRICT JUDGE
Dated: December 18, 2019.

Respectfully submitted by:

KOELLER NEBEKER CARLSON
 & HALUCK, LLP

By:       */s/Andrew C. Green*
     ANDREW C. GREEN, ESQ.
     Nevada Bar No. 9399
     REGINALD S. THOMAS, ESQ.
     Nevada Bar No. 14424
     KOELLER NEBEKER CARLSON
      & HALUCK, LLP
     400 S. 4th Street, Suite 600
     Las Vegas, NV 89101
     Attorneys for Defendant,
     LIBERTY MUTUAL INSURANCE COMPANY