# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BENEDICT SPANO,<br><br>    Plaintiff<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br><br>    Defendant | Case No.: 2:19-cv-02057-APG-NJK<br><br>**Order Deeming Order to Show Cause Satisfied** |

I ordered defendant Liberty Mutual Insurance Company to show cause why this case should not be remanded to the state court due to lack of subject matter jurisdiction. ECF No. 5. Based upon Liberty Mutual's response (ECF No. 11), I deem my order to show cause satisfied and I will not remand the case at this time.

DATED this 31st day of December, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE