BRIAN E. LUNT, ESQ.
Nevada Bar No. 11189
**EDWARD M. BERNSTEIN & ASSOCIATES**
500 South Fourth Street
Las Vegas, Nevada 89101
Tel.: (702) 471-5624
Fax: (702) 385-4640
E-Mail: blunt@edbernstein.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
***

| | |
|---|---|
| BENEDICT SPANO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, a Foreign Corporation; DOES I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-02057-APG-NJK<br><br>**JOINT STIPULATION AND ORDER FOR (14) DAY EXTENSION OF TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S PENDING MOTION TO DISMISS PLAINTIFF'S COMPLAINT ECF No.: [10]**<br><br>**[SECOND REQUEST]** |

**COMES NOW**, Plaintiff, BENEDICT SPANO (hereinafter referred to as "Plaintiff"), by and through his attorneys, the law firm of EDWARD M. BERNSTEIN & ASSOCIATES, and Defendant, LIBERTY MUTUAL INSURANCE COMPANY (hereinafter "Defendant"), by and through his counsel of record, Andrew C. Green, Esq. of KOELLER, NEBEKER, CARLSON & HALUCK, LLP, and hereby submit this joint stipulation and proposed order to extend the deadline for Plaintiff's response to the pending motion to dismiss by Defendant (ECF #7.) The parties previously requested the time for Plaintiff to respond to the pending motion to dismiss Plaintiff's Complaint be extended by fourteen (14) days (ECF #10.) At this time, the parties request the time for Plaintiff to respond to the pending motion to dismiss Plaintiff's Complaint shall be extended by fourteen (14) days, so that any response by Plaintiff would be due to the Court no later than January 16, 2020. The extension of time requested by the parties herein is due to the parties' ongoing communications for potential resolution of the matter by non-judicial means, and the extension requested herein is intended to permit the parties to complete their

**EDWARD M. BERNSTEIN & ASSOCIATES**
ATTORNEYS AT LAW
500 SO. FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 240-0000

1

communications in that regard prior to expiration of the extended deadline for Plaintiff to respond to the motion to dismiss.

RESPECTFULLY SUBMITTED this 2nd day of January, 2020.

DATED this 2nd day of January, 2020.

KOELLER NEBEKER CARLSON
& HALUCK, LLP

By: */s/Andrew C. Green*
ANDREW C. GREEN, ESQ.
Nevada Bar No. 9399
400 S. 4th Street, Suite 600
Las Vegas, NV 89101
Attorneys for Defendant,
LIBERTY MUTUAL INSURANCE COMPANY

DATED this 2nd day of January, 2020.

EDWARD M. BERNSTEIN & ASSOCIATES

By: */s/Brian E. Lunt*
BRIAN E. LUNT, ESQ.
Nevada Bar No. 11189
500 South Fourth Street
Las Vegas, NV 89101
Attorneys for Plaintiff,
BENEDICT SPANO

## **ORDER**

Consistent with the foregoing stipulation, the parties' joint request to extend the time for Plaintiff to respond to the pending motion to dismiss Plaintiff's Complaint (ECF #7) by fourteen (14) days IS GRANTED. Any response by Plaintiff will be due to the Court no later than January 16, 2020.

_____
UNITED STATES DISTRICT JUDGE
Dated: January 2, 2020.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 2nd day of January, 2020, I served a copy of the foregoing **JOINT STIPULATION AND ORDER FOR (14) DAY EXTENSION OF TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S PENDING MOTION TO DISMISS PLAINTIFF'S COMPLAINT ECF No.: [10]** by filing a true copy thereof with the Clerk of the Court using the CM/ECF System to be served upon all parties using the CM/ECF System.

                         */s/ Alicia Lutz*
                         An Employee of
                         EDWARD M. BERNSTEIN & ASSOCIATES

**EDWARD M. BERNSTEIN & ASSOCIATES**
ATTORNEYS AT LAW
500 SO. FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 240-0000

3