# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BENEDICT SPANO,

    Plaintiff(s),

v.

LIBERTY MUTUAL INSURANCE COMPANY,

    Defendant(s).

Case No.: 2:19-cv-02057-APG-NJK

**Order**

In light of the representations made in the pending status report, Docket No. 18, the Court **ORDERS** the parties to file dismissal papers, a further status report, or a discovery plan by February 14, 2020.

IT IS SO ORDERED.

Dated: January 31, 2020

                                                _____
                                                Nancy J. Koppe
                                                United States Magistrate Judge