ANDREW C. GREEN, ESQ.
Nevada Bar No. 9399
REGINALD S. THOMAS, ESQ.
Nevada Bar No. 14424
KOELLER NEBEKER CARLSON
 & HALUCK, LLP
400 S. 4th Street, Suite 600
Las Vegas, NV 89101
Phone: (702) 853-5500
Fax: (702) 853-5599
*Andrew.green@knchlaw.com*
*Reginald.thomas@knchlaw.com*
Attorneys for Defendant,
LIBERTY MUTUAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BENEDICT SPANO, an individual, | CASE NO.: 2:19-cv-02057-APG-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| vs. | |
| LIBERTY MUTUAL INSURANCE COMPANY; DOES I –X, inclusive; and ROE CORPORATIONS XI through XX, inclusive, | |
| Defendants. | |

**IT IS HEREBY STIPULATED BY AND BETWEEN,** Defendant, LIBERTY MUTUAL INSURANCE COMPANY (hereinafter referred to as "LM" or Defendant), by and through its attorneys, the law firm of KOELLER, NEBEKER, CARLSON & HALUCK, LLP, and BENEDICT SPANO by and through his attorneys of record, EDWARD M. BERNSTEIN & ASSOCIATES that Plaintiff hereby dismisses his complaint and claims against Defendant, LIBERTY MUTUAL INSURANCE COMPANY with prejudice, each party to bear their own fees and costs.

///

///

///

///

///

Parties have agreed to litigate this matter pursuant to the binding arbitration agreement filed concurrently herewith.

DATED this 14th day of February, 2020.  DATED this 14th day of February, 2020.

KOELLER NEBEKER CARLSON & HALUCK, LLP

EDWARD M. BERNSTEIN & ASSOCIATES

By: */s/Andrew C. Green*
 ANDREW C. GREEN, ESQ.
 Nevada Bar No. 9399
 REGINALD S. THOMAS, ESQ.
 Nevada Bar No. 14424
 400 S. 4th Street, Suite 600
 Las Vegas, NV 89101
 Attorneys for Defendant,
 LIBERTY MUTUAL INSURANCE COMPANY

By: */s/Brian R. Lunt*
 BRIAN R. LUNT, ESQ.
 Nevada Bar No. 11189
 500 S. 4th Street
 Las Vegas, NV 89101
 Attorneys for Plaintiff,
 BENEDICT SPANO

## **ORDER**

**IT IS HEREBY ORDERED** that Plaintiff, Benedict Spano Complaint and claims against Defendant, LIBERTY MUTUAL INSURANCE COMPANY, are hereby dismissed with prejudice, each party to bear their own costs and fees.

DISTRICT COURT JUDGE
Dated: February 18, 2020.

Respectfully Submitted by,

KOELLER, NEBEKER CARLSON & HALUCK, LLP

By */s/Andrew C. Green*
 ANDREW C. GREEN, ESQ.
 Nevada Bar No. 9399
 REGINALD S. THOMAS, ESQ.
 Nevada Bar No. 14424
 400 S. 4th Street, Suite 600
 Las Vegas, NV 89101
 Attorneys for Defendant,
 LIBERTY MUTUAL INSURANCE COMPANY